IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **VISION BANK, a Florida Banking Corporation** | * * * | |
| Plaintiff/ Counterclaim-Defendant, | * * * | |
| | * | **CASE NO: 1:10-CV-521** |
| v. | * * | |
| **145, LLC, SCOTT D. DEICHMANN, JAMES DALTON, CYNTHIA C. KESSLER and DAVID J. LUKINOVICH,** | * * * * * * | |
| Defendants/ Counterclaim Plaintiff, | * * | |

| | | |
|---|---|---|
| **145, LLC and JAMES DALTON,** | * * | |
| Defendants/ Third-Party Plaintiffs, | * * * | |
| vs. | * * | |
| **BP, PLC, ET AL,** | * * | |
| Third-Party Defendants, | * | |

**VISION BANK'S RESPONSE TO MOTIONS FOR LEAVE
TO AMEND OF DAVID LUKINOVICH and SCOTT DEICHMANN**

COMES NOW, Vision Bank, a Florida Corporation (the "Bank") and, in response to the Motions for Leave to Amend filed by Defendants David Lukinovich and Scott Deichmann (Docs. 33 and 34), the Bank states as follows:

While the Bank objects to the substance and content of the proposed amendments accompanying the Motions filed by the Defendants (Docs. 33-1 and 34-1), the Bank will properly address its opposition in a responsive pleading filed in accordance with the rules of this Court, as such a response comes due. The Bank, however, has no procedural objection to the Court allowing the Defendants to file the proposed amendments. As there is no scheduling order yet entered in this case, the deadline for the amendment of pleadings has not yet been set or passed. Accordingly, at this point in litigation, the Bank believes it is left to the discretion of this Court to permit such amendments.

WHEREFORE, the above premises considered, the Bank states that it has no procedural objection to the filing of the amendment submitted as exhibits to the Motions for Leave to Amend, and will respond in opposition to such amendments if their filing is permitted by this Court.

        Respectfully Submitted:

        **VISION BANK, a Florida Banking Corporation**
        By Its Attorneys,

        /s/  Ashley E. Swink
        ALLEN E. GRAHAM       (GRAHA3109)
        ASHLEY E. SWINK        (SWINA6234)
        ROBERT C. MATTHEWS (MATTR7750)
        Attorneys for Vision Bank

<u>OF COUNSEL:</u>
**PHELPS DUNBAR  LLP**
2 North Royal Street
Post Office Box 2727
Mobile, AL  36652
Telephone:  (251) 432-4481
Facsimile:   (251) 433-1820
teeto.graham@phelps.com
robert.matthews@phelps.com

**PHELPS DUNBAR LLP**
P.O. Box 417
Gulf Shores, AL 36547
Telephone:  (251) 967-4481
Facsimile: (251) 967-1820
ashley.swink@phelps.com

**CERTIFICATE OF SERVICE**

      I hereby certify that I have on December 13, 2010 electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Michael S. Lucado, Esq.<br>Lucado law Firm<br>1 Perimeter Park South, Suite 125S<br>Birmingham, AL 35243<br>slucado@lucadolaw.com<br><br>Attorney for James Dalton | I. David Cherniak, Esq.<br>Kimberly L. Bell, Esq.<br>Johnstone, Adams, Bailey Gordon & Harris, LLC<br>Post Office Box 1988<br>Mobile, AL 36633<br>idc@johnstoneadams.com<br>klb@johnstoneadams.com<br><br>Attorneys for Cynthia Kessler |
| George R. Irvine, III, Esq.<br>Stone, Granade & Crosby, PC<br>7133 Stone Drive<br>Daphne, AL 36526<br>gri@sgclaw.com<br>lmc@sgclaw.com<br>Attorneys for Scott Deichmann and<br>David Lukinovich | |

                                                /s/ Ashley E. Swink
                                                ASHLEY E. SWINK