45/Dalton

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: *Laura*  ☐ Agent  ☑ Addressee

B. Received by (Printed Name): *Laura*

C. Date of Delivery: 2/15/10

D. Is delivery address different from item 1? ☐ Yes  ☑ No
If YES, enter delivery address below:

1. Article Addressed to:

   BP Exploration & Production, Inc.
   c/o CT Corporation Systems
   2 North Jackson Street, Suite 605
   Montgomery, AL 36104

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7010 0290 0003 1233 1059

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

145/Dalton

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Transocean Deepwater, Inc.
   Park Ten Centre
   1311 Broadfield Boulevard, Suite 400
   Houston, TX 77084

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Y. Flores
☐ Agent
☐ Addressee

B. Received by (Printed Name) | Date of Delivery

FILED DEC 20 '10 PM 1 45 USDC NLS

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7010 0290 0003 1227 1294

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



145/Dalton

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Moex Offshore 2007, LLC
9 Greenway Plaza
Houston, TX 77046

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☒ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7010 0290 0003 1227 1256

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

145/Dalton

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Transocean, Ltd
4 Greenway Plaza
Houston, TX 77046

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent ☐ Addressee

B. Received by (Printed Name) / C. Date of Delivery
Troy Alessi  04/16/10

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)  7010 0290 0003 1227 1270

PS Form 3811, February 2004   Domestic Return Receipt   102595