# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| VISION BANK, A FLORIDA CORPORATION, ) ) ) ) *Plaintiff*, ) v. ) 145, LLC, *et. al.*, ) *Defendants*. ) ) ) ) | Civil Action: 1:10-cv-00521-WS-B |

## CORPORATE DISCLOSURE STATEMENTS OF DEFENDANTS ANADARKO PETROLEUM CORPORATION AND ANADARKO E&P COMPANY

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.4 of the Southern District of Alabama and to enable District Judges and Magistrate Judges to evaluate possible disqualification or recusal, counsel for defendants Anadarko Petroleum Corporation and Anadarko E&P Company, LP provides the following information:

Anadarko Petroleum Corporation is a publicly-traded company. There is no entity that owns ten percent or more of Anadarko Petroleum Corporation's stock.

Anadarko E&P Company, LP is a wholly owned subsidiary of Anadarko Petroleum Corporation.

Dated: December 21, 2010

        Respectfully submitted,

        /s/ Joel M. Kuehnert
        Joel M. Kuehnert (KUEHJ6527)
        (jkuehnert@babc.com)

        **Bradley Arant Boult Cummings LLP**
        One Federal Place
        1819 Fifth Avenue North
        Birmingham, AL 35203
        Telephone: (205) 521-8000
        Facsimile: (205) 521-8800

        **ATTORNEY FOR ANADARKO PETROLEUM CORPORATION AND ANADARKO E&P COMPANY, LP**

<u>OF COUNSEL</u>
Sid J. Trant
(strant@babc.com)
R. Thomas Warburton
(twarburton@babc.com)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

<u>**CERTIFICATE OF SERVICE**</u>

      I hereby certify that on December 21, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record for all parties.

        /s/ Joel M. Kuehnert
        OF COUNSEL