IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **VISION BANK,** | ) |
| | ) |
| **Plaintiff / Counterclaim Defendant,** | ) |
| | ) |
| v. | ) CIVIL ACTION 10-0521-WS-B |
| | ) |
| **145, LLC,** *et al.*, | ) |
| | ) |
| **Defendants/Counterclaim Plaintiffs.** | ) |

## ORDER

This matter comes before the Court on the Motion for Extension of Time (doc. 52) filed by third-party defendants Anadarko Petroleum Corporation, Anadarko E&P Company LP and MOEX Offshore 2007, LLC, as well as on the Motion for Extension of Time (doc. 60) filed by defendants 145, LLC and James Dalton.  Both of those Motions relate to the Third-Party Complaint brought by 145 and Dalton against numerous third-party defendants concerning alleged damages incurred as a result of the Deepwater Horizon explosion.  It has come to the undersigned's attention that the Judicial Panel on Multidistrict Litigation recently entered a Conditional Transfer Order that would result in all claims raised in the Third-Party Complaint being transferred to MDL proceedings in the Eastern District of Louisiana, with this Court retaining the primary claims by and between Vision Bank and defendants.

In light of this development, the Motions for Extension of Time (docs. 52, 60) are **granted**.  The deadline for all third-party defendants to file responsive pleadings to the Third-Party Complaint is **stayed**, and all briefing on the Motion to Strike, Sever, or Try Separately Defendants' Third-Party Claims (doc. 38) is **stayed** pending final transfer action by MDL as to the claims raised in the Third-Party Complaint.

DONE and ORDERED this 22nd day of December, 2010.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE