IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **VISION BANK,** | ) |
| | ) |
| Plaintiff / Counterclaim Defendant, | ) |
| | ) |
| v. | )   CIVIL ACTION 10-0521-WS-B |
| | ) |
| **145, LLC,** *et al.*, | ) |
| | ) |
| Defendants/Counterclaim Plaintiffs. | ) |

## ORDER

This matter comes before the Court on third-party defendant Cameron International Corporation's Motion to Stay Third Party Action (doc. 63). In light of this Court's Order (doc. 61) entered on December 22, 2010, this Motion to Stay is **moot**.

DONE and ORDERED this 23rd day of December, 2010.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE