145/Dalton

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
☑ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 10/26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

FILED DEC 27 '10 PM 1 37 USDC NOLA

1. Article Addressed to:

DrilQuip, Inc.
One Shell Plaza
701 Poydras Street
New Orleans, LA 70139

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)

7010 0290 0003 1233 1011

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540