```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

| | |
|---|---|
| **VISION BANK,** : | |
| : | |
| Plaintiff, : | |
| : | |
| VS.  : | CIVIL ACTION NO. 10-00521-KD-B |
| : | |
| **145, LLC,** *et al.*, : | |
| : | |
| Defendants.  : | |

## ORDER

In the Amended Rule 16(b) Scheduling Order dated January 25, 2011 (Doc. 82), the parties were ordered to file a joint proposed Protective Order by January 31, 2011. A review of the file reflects that as of the date of the present Order, the parties have failed to file this document. Therefore, upon consideration, the parties are **ORDERED** to file their joint proposed Protective Order by **February 22, 2011,** or to show cause by that date why they are unable to do so.

**DONE** this **15th** day of **February, 2011.**

          /S/ SONJA F. BIVINS
       UNITED STATES MAGISTRATE JUDGE