IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **VISION BANK,** | * |
| | * |
|     **Plaintiff,** | * |
| | * |
| **vs.** | *  **CIVIL ACTION NO. 10-00521-KD-B** |
| | * |
| **145, LLC, *et al.*,** | * |
| | * |
|     **Defendants.** | * |

## ORDER

This action is before the Court on the parties' Joint Motion for Protective Order. (Doc. 86). Upon consideration, and for good cause shown, the Court hereby adopts the parties' proposed Protective Order (Doc. 86-1) in its entirety as the Order of this Court.

DONE this **22nd** day of **February, 2011**.

                                                  **/s/SONJA F. BIVINS**
                                                  **UNITED STATES MAGISTRATE JUDGE**