IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SE PROPERTY HOLDINGS, LLC, ) | |
| f/k/a VISION BANK, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 10-00521-KD-B |
| ) | |
| 145, LLC, *et al.*, ) | |
|     Defendants. ) | |

# JUDGMENT

In accordance with 1) the Court's Order dated November 4, 2011 (Doc. 170), granting summary judgment in favor of Plaintiff on its claim for breach of contract against Defendant 145, LLC, and on the counterclaims of said Defendant, and 2) the Court's Order issued contemporaneously with this Judgment granting in part Plaintiff's second request for attorneys' fees and expenses, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that judgment is entered in favor of Plaintiff SE Property Holdings, LLC, f/k/a Vision Bank, and against Defendant 145, LLC on all claims and counterclaims between those parties.

Judgment is entered in the principal amount of $3,484,931.04, plus accrued interest in the amount of $1,638,892.77, for a total amount of **$5,123,823.81** as of November 18, 2011, with interest accruing on the principal amount from November 18, 2011, until the date of this Judgment in the amount of $1,742.47 *per diem*.  (Doc. 186-4 at 1-2, ¶ 3).  Defendant 145, LLC is also liable to Plaintiff SE Property Holdings, LLC, f/k/a Vision Bank, in the amount of **$166,117.50** for reasonable attorneys' fees and **$9,417.74** for expenses and costs.   Interest will accrue on all amounts from the date of this Judgment in accordance with 28 U.S.C. § 1961.

**DONE** and **ORDERED** this the **20**th day of **December 2012.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**